UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

        Plaintiff,

v.

DOES 1 THROUGH 13,

        Defendants.
_____/

Case No. 12-CV-10367

HON. GEORGE CARAM STEEH

## ORDER DISMISSING SHOW CAUSE

On January 27, 2012, plaintiff filed this action allegedly to stop unknown individuals from selling counterfeit or infringing products bearing Ford's trademarks through internet auction and sales platforms. On January 27, 2012, plaintiff filed an application seeking early, limited discovery to identify the Doe defendants. The matter was referred to Magistrate Judge Majzoub. On March 5, 2012, Magistrate Judge Majzoub granted plaintiff's request and detailed the process in an order. Following a motion for reconsideration, on March 23, 2012, Magistrate Judge Majzoub entered an order directing that plaintiff, "within fifteen days, serve Rule 45 subpoenas on eBay and PayPal to obtain information to identify the Doe defendants, including the names, addresses, telephone numbers, and email addresses of those potential defendants." On April 5, 2012, plaintiff filed a motion seeking to change the March 23, 2012 order. Plaintiff's request was denied on April 9, 2012. On May 31, 2012, the court issued an order to show cause as to why the case should not be dismissed for failure to prosecute pursuant to Local Rule 41.2. On June 13, 2012, plaintiff filed a response. The response is two sentences long and fails to identify the reason for delay. In the response, plaintiff asks the court for "an additional 90 days to

finish its discovery, and at that time amend and serve the amended complaint, or dismiss this action without prejudice." The court will allow plaintiff **30 days** to finish discovery and either amend the complaint or dismiss the case. Accordingly,

IT IS HEREBY ORDERED that the court's May 31, 2012 order to show cause be DISMISSED and plaintiff be allowed an additional 30 days, until **July 26, 2012**, to amend the complaint or dismiss the case.

Dated: June 26, 2012

>s/George Caram Steeh
>GEORGE CARAM STEEH
>UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE
Copies of this Order were served upon attorneys of record on
June 26, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---